

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 50312 | **DATE** | 9/24/2002 |
| **CASE TITLE** | U.S.A. vs. ANTONIO ANDRADE | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] For the reasons stated on the reverse Memorandum Opinion and Order, Antonio Andrade's motion to modify or correct his sentence pursuant to 28 U.S.C. § 2255, motion for an evidentiary hearing, motion for expedited hearing and a request to this court to contact the Regional Director of the Bureau of Prisons are denied.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| X | Notices mailed by judge's staff. | | SEP 24 2002 | |
| | Notified counsel by telephone. | | date docketed | |
| | Docketing to mail notices. | | | |
| X | Mail AO 450 form. | | docketing deputy initials | |
| X | Copy to judge/magistrate judge. | | 9-24-02 | |
| /SEC | courtroom deputy's initials | | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

(Reserved for use by the Court)

# MEMORANDUM OPINION AND ORDER

Defendant, Antonio Andrade, has filed pro se a motion to modify or correct his sentence pursuant to 28 U.S.C. § 2255. He also has filed motions for an evidentiary hearing, an expedited hearing, and a request to this court to contact the Regional Director of the Bureau of Prisons. The government has responded. For the following reasons, the court denies all motions.

Andrade's § 2255 motion seeks clarification and modification of his sentence. But Andrade specifically waived his right to challenge his sentence or the manner in which it was determined through a collateral proceeding in his plea agreement. Where a defendant waives his right to attack his sentence by collateral relief, such a waiver will be enforceable unless the defendant shows that the waiver was not knowing and voluntary or establishes a claim of ineffective assistance of counsel in connection with the negotiations of the plea agreement or the waiver therein. See Mason v. United States, 211 F.3d 1065, 1069 (7th Cir. 2000), cert. denied, 531 U.S. 1175 (2001). Here, Andrade has not advanced any reason why the waiver rule should not be applied. In any event, Andrade's contentions in his § 2255 motion are meritless. The court's oral pronouncement of sentence and the written Judgment and Commitment Order are not at variance. Andrade's supervised release begins immediately after his release from the Bureau of Prisons and his home confinement is to be served during his supervised release. Defense counsel was not ineffective at sentencing for precisely the reasons set forth in the government's response brief and no further elaboration is necessary. There is no need for an evidentiary or expedited hearing. All relief is denied.

# United States District Court
## Northern District of Illinois
### Western Division

United States of America        **JUDGMENT IN A CIVIL CASE**

v.        Case Number: 02 C 50312

Antonio Andrade

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Antonio Andrade's motion to modify or correct his sentence pursuant to 28 U.S.C. § 2255, motion for an evidentiary hearing, motion for expedited hearing and a request to this court to contact the Regional Director of the Bureau of Prisons are denied.

Michael W. Dobbins, Clerk of Court

Date: 9/24/2002

Susan M. Wessman, Deputy Clerk